UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTENBAUGH-LEE INVESTMENTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, <br><br> PLAINTIFF, <br><br> v. <br><br> GEOSTAR FINANCIAL CORPORATION, A DELAWARE CORPORATION, <br><br> DEFENDANT. | U. S. DISTRICT COURT - DE <br> MISC. CASE # 07-168 <br><br> CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT <br><br> CASE NO: C-06-5513 PJH |

I, Richard W. Wieking, Clerk of the United States district court certify that the attached amended judgment is a true and correct copy of the original amended judgment entered in this action on June 25, 2007 as it appears in the records of this court, and that no notice of appeal from this amended judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this court.

September  19 , 2007

Richard W. Wieking
Clerk

(By) Deputy Clerk
Felicia Reloba

```
 1 | RICHARD A. ERGO (#110487)
   | rergo@bowlesverna.com
 2 | KENNETH B. MCKENZIE (#142894)
   | kmckenzie@bowlesverna.com                    U. S. DISTRICT COURT - DE
 3 | BOWLES & VERNA LLP                           MISC. CASE # 07-168
   | 2121 N. California Boulevard, Suite 875
 4 | Walnut Creek, California 94596
   | Telephone: (925) 935-3300
 5 | Facsimile: (925) 935-0371
   |
 6 | DAVID W. SCOFIELD (Pro Hac Vice Application Forthcoming)
   | dws@psplawyers.com
 7 | PETERS SCOFIELD PRICE
   | A Professional Corporation
 8 | 340 Broadway Centre
   | 111 East Broadway
 9 | Salt Lake City, Utah 84111
   | Telephone: (801) 322-2002
10 | Facsimile: (801) 322-2003
                                                    E-filing
11 | Attorneys for Plaintiff
   | Fortenbaugh-Lee Investments, LLC
12 |
13 |              UNITED STATES DISTRICT COURT
14 |              NORTHERN DISTRICT OF CALIFORNIA
15 |
16 | FORTENBAUGH-LEE INVESTMENTS, LLC, a    Case No.: C 06-5513 PJH
   | California Limited Liability Company,
17 |                                        AMENDED JUDGMENT
   |      Plaintiff,
18 |
   | v.
19 |
   | GEOSTAR FINANCIAL CORPORATION, a
20 | Delaware corporation,
21 |      Defendant.
22 |
```

FILED 2007 OCT -1 PM 3:26 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

The Motion for Summary Judgment filed by plaintiff Fortenbaugh-Lee Investments, LLC was scheduled to be heard by the Honorable Phyllis J. Hamilton on May 30, 2007. Defendant Geostar Financial Corporation having filed a Statement of Non-Opposition to the motion, and the Motion for Summary Judgment having been granted by Order dated May 18, 7007, Judgment was entered in favor of plaintiff Fortenbaugh-Lee Investments, LLC and against defendant

-1-
AMENDED JUDGMENT

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: 6-25-07
RICHARD W. WIEKING, Clerk
                                Deputy Clerk

1 Geostar Financial Corporation on June 1, 2007 in the sum of $3,342,114.54, with interest at the
2 rate of $558.10 per diem from February 14, 2007 until the judgment is paid, together with all
3 attorney's fees, costs and expenses to be awarded pursuant to Civil Local Rule 54.
4   The Court having now issued an Order setting the amount of attorney's fees, costs and
5 expenses pursuant to the stipulation of the parties, the Judgment is hereby amended as follows:
6
7   1.   Judgment is entered in favor of plaintiff Fortenbaugh-Lee Investments, LLC and
8 against defendant Geostar Financial Corporation in the sum of $3,342,114.54, with interest at the
9 rate of $558.10 per diem from February 14, 2007 until the judgment is paid, together with
10 $22,960.77 in attorney's fees, costs and expenses.
11
12 DATED: 6/25/07
13                                  The Honorable Phyllis J. Hamilton

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-
AMENDED JUDGMENT

DAVID W. SCOFIELD
RONALD F. PRICE
THOMAS W. PETERS



**PETERS SCOFIELD PRICE**
A PROFESSIONAL CORPORATION

Attorneys at Law

September 25, 2007

United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington DE 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 07-168

Re:   Fortenbaugh-Lee Investments, LLC, v. Geostar Financial Corp.
      Case No. C-06-5513 PJH

Dear Court:

Enclosed is a copy and an original Certification of Judgment for Registration in Another District from the United States District Court, Northern District of California. Please file the original document in your court. Please return a date stamped copy to my office in the enclosed self addressed stamped envelope.

I have enclosed a check payable to Clerk, United Stated District Court in the amount of $39.00 to cover the cost of filing for a miscellaneous case.

Please contact me if you have any questions. Thank you for your time.

Very truly yours,

**PETERS SCOFIELD PRICE**
*A Professional Corporation*

Heather Joosten
Paralegal

HJ/me

Encl

340 BROADWAY CENTRE | 111 EAST BROADWAY | SALT LAKE CITY, UTAH 84111
PHONE 801 322 2002 | FAX 801 322 2003 | info@psplawyers.com